1
2
3
4
5

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| JAMES OLIVER ROMINE JR. | Case No.: |
|---|---|
| Plaintiff | CV-16-03092-PHX-ESW |
| **v.** | |
| JANE/JOHN DOE 1 - aka Steam User DemonSword, and | |
| JANE/JOHN Doe 2 – aka Steam User Nathos | |
| JANE/JOHN DOE 3 - aka Steam User Michoo Jones, and | |
| JANE/JOHN DOE 4 - aka Steam User JDude330#HaeisBACK, and | **Original Complaint** |
| JANE/JOHN DOE 5 - aka Steam User Toon Vlux, and | |
| JANE/JOHN DOE 6 - aka Steam User brandino, and | |
| JANE/JOHN DOE 7 - aka Steam User Gana, and | |
| JANE/JOHN DOE 8 - aka Steam User Jon144, and | TRIAL BY JURY: No |

JANE/JOHN DOE 9 - aka Steam User HGI, and

JANE/JOHN DOE 10 - aka Steam User Karl Pilkington, and

JANE/JOHN DOE 11 - aka Steam User Drackmore, and

JANE/JOHN DOES 12 through 100

Defendants

## JURISDICTION AND VENUE

1. The Plaintiff, James Oliver Romine Jr is a resident of the State of Arizona and a Citizen of the United States.

2. The Defendants, JOHN DOE's 1 through 100 are not known by name to the Plaintiff and of as yet undetermined are from undetermined locations.

3. This Court has diversity and subject matter jurisdiction over this action under 28 U.S.C §§ 1332. The Defendants are of unknown and diverse locations and the amount in controversy exceeds the sum of $75,000 per section (a) (1).

4. Venue is proper under 28 U.S.C. § 1391 due to all defendant's actions being taken in a wide variety of locations and culminating in a directed and continual attack on The Plaintiff within The State of Arizona, Yuma County. As at least two Defendants are direct competitors to The Plaintiff

and sell products with regular and systematic frequency within The State of Arizona Personal Jurisdiction also applies and action can be brought upon the entire party within this Venue per sections (b) (2) and (b) (3).

5. Per 27 U.S.C § 1391 all defendants not resident in the United States may be sued in any judicial district. Jurisdiction and venue is applied as in Sections (b) (2) and (b) (3). Proper foreign service rules will be applied as discovered by subpoena and this section appropriately amended with related details.

6. **Jurisdiction minimum contacts**: International Shoe Co. v. Washington, 326 US 310 (1945) states: Any Defendant that sells merchandise which that Defendant profits from in the State of Arizona through online sales these Defendants create minimum contact requirements required for Diversity of Citizenship to establish US District of Arizona jurisdiction. This includes all competitors in this cause of action. Any competitor defendant that achieves these minimum contacts establishes personal jurisdiction for the entire party.

7. **Jurisdiction Harassment**: Harassment offenses can either be charged either at the location they were performed or the location they were received. The Defendants are from different States and through diversity and this statute The US District Court of Arizona has Personal jurisdiction.

8. **Jurisdiction Stalking**: Stalking offenses can either be charged at the location where they were performed or the location they were received. The

Defendants are from different States and through diversity and this statute

Personal Jurisdiction The US District Court of Arizona has jurisdiction.

9. **Jurisdiction Criminal Damage**: Per Arizona Statute 13-1602 defacing or

property damage of another person, tampering with the property of another

person to impair its function or value after repeated requests to stop these

actions and with damage in excess of $10,000 by many times, this is a

Class 4 Felony. The Plaintiff asserts The Defendant's actions and efforts

have been repeated and aggressive for over a year without any respect for

The Plaintiff's wellbeing. The Plaintiff further asserts aggravated

circumstances should apply.

10. **Jurisdiction Criminal Impersonation**: Per Arizona Statute 13-2006 the

harassment group Digital Homicides Poop Games (now changed to

trashware) has imitated the Plaintiffs company bringing direct damage upon

The Plaintiff in the eyes of the public, The Distributor, and The Plaintiff's

peers. Criminal Impersonation is a class 6 felony and The Defendant's with

this use of name have spread damage to millions of individuals some of

which reside within The State of Arizona borders. This usage portrays to

the public that The Plaintiff supports harassment of others who are The

Plaintiff's peers which is the action The Defendant's perform upon other

developers on The Distributors Greenlight submission system. See

Attachment 1 which was spread over a 145 thousand user twitter channel

stating that The Plaintiff was suing his own group (the harassment group)

when that is not The Plaintiff's group. The Plaintiff's name is shown in the

attachment. The Plaintiff alleges the entire group should be held

responsible for this act but The founder of the group, Jane/John Doe 8 – aka

Steam User Jon144 may only have sufficient involvement to support this.

The Plaintiff is not pressing the charge of impersonation for the company

but for the harassment and defamation caused due to that occurrence unless

The Court deems it is representable Pro Se.

## THE PARTIES TO THIS COMPLAINT

11. **A.**      **The Plaintiff**

12. Name  James O. Romine Jr.

13. Street Address         12494 Ironwood Dr.

14. City and County      Yuma, Yuma County

15. State and Zip Code  Arizona 85367

16. Telephone Number  928-276-1844

17. E-mail Address         jromine2445@gmail.com

18. **B.**      **The Defendants**

19. JANE/JOHN DOES 1 through 11 and possible competitor JANE/JOHN

DOES 12 through 100 at this time are not known to be US Persons and

must be determined by subpoena of information to Steam / Valve's PC

Game distribution service. JANE/JOHN DOES 12 through 100 are under

discovery via subpoena for proper service of all parties after initial case

amendment and/or refiling. Only Competitors within JANE/JOHN DOES

12 through 100 in The Distributors market place are being considered for

addition as Defendants to this cause of action. Only competitor data is

being requested by subpoena except for those who have special interest in

the harassment group as shown below to determine which individuals

within the harassment group other than those named are harassing, stalking,

causing criminal damage, and interfering with the business of The Plaintiff.

JOHN DOE's profiles on the **Steam Distribution System, here forward**

**referred to as The Distributor**, currently listed as -

20. JANE/JOHN DOE 1 - aka Steam User Demonsword

http://steamcommunity.com/id/demonswordgames

21. JANE/JOHN DOE 2 – aka Steam User Nathos

22. http://steamcommunity.com/id/nath1

23. JANE/JOHN DOE 3 - aka Steam User Michoo Jones

http://steamcommunity.com/profiles/76561198034665115

24. JANE/JOHN DOE 4 - aka Steam User JDude330#HaeisBACK

http://steamcommunity.com/id/JDude330

25. JANE/JOHN DOE 5 - aka Steam User Toon Vlux

http://steamcommunity.com/id/Dwarf_Ninjas

26. JANE/JOHN DOE 6 - aka Steam User brandino

27. http://steamcommunity.com/profiles/76561198061553886

28. JANE/JOHN DOE 7 - aka Steam User Gana

29. http://steamcommunity.com/profiles/76561198001362759

30. JANE/JOHN DOE 8 - aka Steam User Jon144

31. http://steamcommunity.com/profiles/76561198056184566

32. JANE/JOHN DOE 9 - aka Steam User HGI

   http://steamcommunity.com/id/hgi_is_a_horrible_person

33. JANE/JOHN DOE 10 - aka Steam User Karl Pilkington

   http://steamcommunity.com/id/Zootch

34. JANE/JOHN DOE 11 - aka Steam User Drackmore

   http://steamcommunity.com/id/drokan


## **FACTUAL ALLEGATIONS**


35. All defendants are and have been involved in continual and repeated attacks

   upon The Plaintiff by name and association repeatedly for from 1 month to

   21 months some continue even past this initial complaints writing process.

   These attacks include but are not limited to: repeated anonymous

   harassment posting from between 10 to more than 2000 times per

   Defendant for a combined effort of over 20 thousand postings on The

   Distributors community and The Plaintiffs store page forums, Reddit,

   Youtube, ask.fm, disqus and many other locations. Repeated direct usage of

   The Plaintiff's Good Name, trade names Micro Strategic Designs, Victory

   Games, et al which are sole proprietor further creates a direct link for self-

representation in this case. These postings wrongly accuse and attack The

Plaintiff in a manner not limited to the below lettered items:

    a.  Impersonation false accusations of impersonation.

    b.  False accusations of theft

    c.  Conspiracy to vandalize and destroy personal property.

    d.  Continual criminal property damage for over a year.

    e.  Conspiracy to commit harassment

    f.  Harassment.

    g.  Stalking.

    h.  Conspiracy to commit cyber bullying

    i.  Cyber bullying

    j.  Taking advantage of the lack of moderation tools to commit harassment.

    k.  Circumventing moderation tools to commit harassment by creating or using other accounts to continue attacking.

    l.  Formation of a hate group for the purpose of interference with business, product damage, and harassment.

    m.  Intentional tortious interference with contract with the purpose of financial damage, emotional damage, future personal interests, and personal entertainment.

    n.  Intentional tortious interference with contract for unjust enrichment for those Jane/John Doe who are competitors and future competitors

for unjust enrichment by destroying a competitor in the market. This includes both direct competitors in the market and Defendants with for profit from game art, Youtube, and Twitch channels.

o. Repeated belittling of the Plaintiff in the eyes of The Plaintiff's customer's peers, and business partners. This applies to harassment and Stalking.

p. Repeated belittling and harassment of The Plaintiff's customers any time they try to offer support both on forums and reviews.

q. Repeatedly mocking The Plaintiff attempting to defend himself from Defamation and false statements in a Federal Court case.

36. The Plaintiff asserts that not only have The Defendant's interfered with business with customers, The Distributor, but have also interfered with business between The Plaintiff and Digital Homicide LLC The Plaintiff's LLC and The Distributor. The Plaintiff submits products to Digital Homicide LLC for publication as Digital Homicide LLC has the partner Agreement with The Distributor. By continual interference with The Plaintiffs ability to do business with Digital Homicide LLC and direct harassment of The Plaintiff while attempting to perform his business with The Distributor all defendants are filed on as stated below.

37. **Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, each of the defendants sued herein was during listed events and/or currently is a member of an organized hate and**

harassment group or assisted said hate and harassment group that specifically formed on The Distributor to financially destroy and harass The Plaintiff and other targeted developers. This hate and harassment group, Digital Homicides Poop Games, was created from the name of The Plaintiff's company Digital Homicide Studios LLC which is an officially registered Arizona State LLC Company. The use of The Plaintiff's company name by this group has caused public confusion as to The Plaintiff being involved in these actions of harassment when no such activity has ever occurred See Attachment 1. The Plaintiff asserts that there is no discernible difference between The Plaintiff and Digital Homicide Studios LLC any longer as The Plaintiff has been fully exposed, attacked, and harmed by Good Name and trade name to the public and The Distributor and destroyed financially with reputational damage.  Each Defendant acted on their own free will to conspire as a group to direct actions against the Plaintiff including all of the Complaint details listed herein by individual and with evidence attached as related to the allegations. The Plaintiff also brings additional action against all Defendants who prove to be competitors, as listed now in this case and discovered upon subpoena, of The Plaintiff to be in violation of the tortious action of interference of contract and unjust enrichment.

38. Two of the Defendants JANE/JOHN DOE 9 - HGI and JOHN DOE 1 - Demonsword are currently known to be competitors as fact. It is

expected most or all individuals anonymously named here are in some way profiting, have profited, or intend to profit from the same market that The Plaintiff is currently active in. The Plaintiff additionally asserts that the term 'competitor' applies to any individual whom has direct financial interest in the gaming industry. This includes Artists, Youtuber's, Twitch Streamers, Game Developers, Artists, and Internet Journalists/bloggers as all of these individuals have profit motive behind their attacks.

39. When faced with litigation and use of subpoena to discover if Defendants are a competitor, the founder and leader of this harassment group Jane/John Doe 8 – aka Steam User Jon144 immediately hid profile and dropped the harassment group.

40. On August 22nd 2016, John Doe 1 – Demonsword created a Publishing Company and put John Doe 1 – Demonsword's products under it in an effort to protect them from this litigation. At the time of events taken against The Plaintiff, Black Shell Media LLC was the publisher of John Doe 1 – Demonsword's game Cycle of Tyrfing and more information is being subpoenaed to see if this company has additional contacts which would create liability in this action.

41. The Plaintiff additionally asserts that all actions taken by The Defendants were directed at The Plaintiff directly and in a harassing manner.

### JANE/JOHN DOE 1 - DEMONSWORD

42. On February 12th, 2016 Jane/John Doe 1 - Demonsword accused The Plaintiff of using sock puppets as a derogatory term. These tradenames are legal business representations that embody sole proprietor characteristics. The Plaintiff was using Trade Names to avoid an enormous group of harassers, of which The Defendants make up the core. There is no legitimate reason for The Plaintiff not to be able to use Trade Names especially in the light of the harassment continually being aimed at The Plaintiff which Jane/John Doe 1 – aka Demonsword takes part in. Jane/John Doe 1 – aka Demonsword has harassed The Plaintiff, placed negative reviews on products to cause financial damage and emotional and mental anguish, and deteriorated the public view of The Plaintiff in the eyes of the public over 100 times in postings on multiple media outlets including Youtube, disqus, and The Distributors forums.

43. Jane/John Doe 1 - Demonsword is a known competitor in the Steam Market place and may also be using other trade names to get products through Greenlight and on the store front.

44. Jane/John Doe 1 - Demonsword has acted with full knowledge of others harassing The Plaintiff and has harassed the Plaintiff willingly after attempts to stop contact have failed. Jane/John Doe 1 – Demonsword now that his product has launched has turned advocate for 'attempting' to minimize harassment but the actions still have already taken place and done damage.

Jane/John Doe 1 – Demonsword has now formed a second group, Greenlight Guardians, that interferes with competitors on a regular basis under the guise of consumer advocacy while attempting to block those competitors from market. As this Defendant has now been warned of impending lawsuit, this Defendant has dropped group from Greenlight Guardians.

45. Jane/John Doe 1 - Demonsword has stalked the Plaintiff on multiple media outlets including but not limited to, Steam, Youtube, and Disqus, using controversy of his postings and The Plaintiff to promote his own games, one of which is now on sale and a second of which has been accepted for distribution. There may be more added after subpoena and amendment of this complaint. See Attachment 2.

46. On April 13th 2016 Jane/John Doe 1 - Demonsword, a competitor in The Plaintiff's market, purposefully posted a negative review on The Plaintiffs game Starship: Novastrike to cause damage. Jane/John Doe 1 - Demonsword links a Youtube review

https://www.youtube.com/watch?v=Uqd1avAS7YE&feature=youtu.be.

The review leads users to the Youtube video

47. This Youtube review falsely accuses the Plaintiff of stealing a font from Disney which is plainly available for free use here - http://cooltext.com/Logo-Design-Starburst and then falsely misrepresents the game product by running it within an unsupported manner using a virtual machine which can be starved for resources. Jane/John Doe 1 -

Demonsword's own business partner even said he had no problems running the game. As the game does not lag as Jane/John Doe 1 - Demonsword states in his Youtube review. The way the game was presented was malicious in intent and purposefully done to cause product damage and depict The Plaintiff as incompetent in The Plaintiff's business practice. **The theft accusation is directed at The Plaintiff's good name only by association.** The false representation of product may or may not apply to The Plaintiff directly depending upon the judgement of The Court. Theft and defamation of The Plaintiff apply due to use of The Plaintiff's name repeatedly throughout Demonsword's postings.

48. In Jane/John Doe 1 – Demonsword's review contains 14 false accusations of product bring broken are made. All of these accusations are caused by Jane/John Doe 1 running the game on unsupported platform in a possibly resource starved virtual machine. Not having a dedicated video card can also cause 3d style graphics to cause performance issues which is a common issue with virtual machine usage. The Plaintiff's name is used by Jane/John Doe 1 – Demonsword across the Steam forums dozens of times. It is plainly shown in the video that Jane/John Doe 1 – Demonsword is not familiar with 3d graphics or their limitations within virtual machines which do not have direct access to video devices.

### JANE/JOHN DOE 2 - NATHOS

49. On September 26th of 2015, user Jane/John Doe 2 - Nathos states in Attachment 3 under an article Specifically naming The Plaintiff by name and by trade name multiple times suggesting that The Plaintiff has shady business practices for making cheap and fast games for low price. It is suspected that Jane/John Doe 2 - Nathos is a competitor in The Distributors marketplace.

50. On September 26th of 2015, Jane/John Doe 2 - Nathos states in Attachment 3 that The Plaintiff steals or buys cheap assets both being derogatory to game value and to The Plaintiff directly, then goes further to state people are being scammed when many customers actually make profit from many of the games and get a game to play also. This is an accusation of theft and derogatory comment toward business production and performance.

51. On September 26th 2015 Jane/John Doe 2 - Nathos states in Attachment 4 and 5 that The Plaintiff is changing his trade name back and forth between trade names. This is a false statement. An individual at The Distributor was changing the product's developer name multiple times and The Plaintiff was returning it to the proper trade name as is legal to do. This sheds a light of incompetence and indecision upon The Plaintiff when in fact a disagreement was occurring between The Plaintiff and an employee of The Distributor. This John Doe 2- Natho's post on The Distributor on The Plaintiff's forums were deleted by himself as was The Distributors Moderators post above it when the realization that nothing wrong had been performed by The Plaintiff.

**Jane/John Doe 3 – Michoo Jones**

52. On February 6th 2016 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff of impersonation See Attachment 6, 7, and 8.

53. On February 17th, 2016 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff of impersonation of a group of students in Britain that go by the name Xenobyte Studios. The Plaintiff has already explained to Jane/John Doe 3 – Michoo Jones 3 months' prior the entire situation regarding this and Jane/John Doe 3 - Michoo Jones continues to attack in regards to it regardless of the truth. See Attachment 6, 7, and 8.

54. On February 17th, 2016 Jane/John Doe 3 - Michoo Jones falsely accused The Plaintiff of creating jimflipsthebird and jimdoxeshimself tumblr postings which were not The Plaintiff, See Attachments 6, 7, and 8.

55. On November 16th, 2015 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff being aggressive towards users when The Plaintiff has been continually subjected to harassment by several thousand users who have confused free speech with the abuse of repeatedly post harassing and false statements for in excess of a year as an attacking group effort with the specific intent of putting The Plaintiff out of business. These users have been asked as a group to stop several times.

56. On November 16th, 2015 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff of deleting evidence that The Plaintiff was not even involved in. See Attachments 6, 7, and 8.

57. On November 16th, 2015 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff of being a Youtube User called No-BS Gamer. See attachment Attachment 6.

58. On November 16th, 2015 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff of using the Trade Name Victory Games LLC (which would be illegal use of a non-existing LLC) when infact The Plaintiff's Trade name was Victory Games. See Attachments 6, 7, and 8.

59. On March 4th, 2016 Jane/John Doe 3 - Michoo Jones attempts to boost harassment by attempting to call Mr. James Nicholas Stanton (AKA Jim Sterling) to make a video on The Plaintiff's product Winged Knights and Krog Wars in an effort to draw more crowd based harassment to the game forum. See Attachment 10.

60. On November 16th, 2015 Jane/John Doe 3 - Michoo Jones falsely accuses The Plaintiff of banning all users in a contest on the game The Slaughtering Grounds. Only users who broke contest rules by attacking The Plaintiff were banned. Proof of one of the contest winners is in Attachment 11.

61. From October 2015 through present, Jane/John Doe 3 - Michoo Jones has engaged in continual harassment of the Plaintiff on The Distributors forums through a barrage of over four hundred postings. Jane/John Doe 3 - Michoo Jones engages in debate on harassment of The Plaintiff and other users who are Steam Developers in efforts to push them from The Distributors marketplace. The Plaintiff is subpoenaing information regarding this user to

discover if this user is also a competitor. On the last weekend Michoo Jones was harassing he suddenly stopped posting after having posted over 30 times spamming two large comments across a dozen Greenlight Game submissions. User has not been logged in for 72 days as of the time of this writing (last day June 6th 2016). User may have been permanently banned by The Distributor. Subpoena for this information is being requested. See Attachment 12.

62. From October 2015 through present, Jane/John Doe 3 - Michoo Jones has engaged in Cyberstalking across multiple media outlets not limited to, Facebook, Youtube, and the Steam Forums. Michoo Jones created Facebook Page - https://www.facebook.com/media/set/?set=a.122164791509635.10737827.122141084845339&type=3 further trying to intimidate and do damage to The Plaintiff. This page was immediately removed by Facebook upon request. The information would need to be subpoenaed if needed, The Plaintiff did not get a copy saved. See Attachment 9.

**Jane/John Doe 4 – Jdude330HaeisBack**

63. On January 7th, 2016 Jane/John Doe 4 - Jdude330HaeisBack falsely accuses The Plaintiff of both stealing an engine to base the associated game to and an image off of google images when the image is plainly for sale on Shutterstock.com. Evidence of this statement is in Attachment 13.

64. From January 7 through present, Jane/John Doe 4 - Jdude330HaeisBack has engaged in continual harassment of the Plaintiff on The Distributors forums through over fifty postings. Jane/John Doe 4 - Jdude330HaeisBack engages in debate on harassment of The Plaintiff and other Steam Developers in efforts to push them from The Distributors marketplace. The Plaintiff is subpoenaing information regarding this user to discover if this user is also a competitor.

65. From January 7 through present, Jane/John Doe 4 - Jdude330HaeisBack has harassed a potential customer of The Plaintiff as shown in Attachment 14. This potential customer was banned due to Jdude330 and his fellow group member/harassers who were harassing at the time due to members from the harassment group reporting the potential customer for harassment. This user was attempting to clear up that nothing had been stolen and there was nothing wrong with the game submission.

66. Jane/John Doe 4 - Jdude330HaeisBack has engaged in Cyberstalking on the Steam Forums and is a member of a group dedicated to the harassment and destruction of the Plaintiff.

### Jane/John Doe 5 – Toon Vlux

67. On September 24, 2015 Jane/John Doe 5 - Toon Vlux falsely accuses The Plaintiff of theft pirated assets while harassing. Evidence of this statement is in Attachment 15.

68. On September 24th, 2015 Jane/John Doe 5 - Toon Vlux falsely accuses The Plaintiff of threats against people which were performed by some other party. The Defendant Jane/John Doe 5 - Toon Vlux accuses the Plaintiff of theft, of being "sleezy", of scamming people who *want* something, of promising to continue harassment, of promising to stalk and find The Plaintiff no matter where The Plaintiff tries to do business, That continued false statements, which The Plaintiff has tried to emphasize are false, will be reposted as if truth, and that The Plaintiff has no way to fight back, and the onslaught will continue even through threat of lawsuit. See Attachments Attachment 16 and Attachment 20.

69. On June 3rd, 2016 Jane/John Doe 5 – Toon Vlux states that while no one deserves to get harassed states that nothing has been done to make it stop. This lawsuit now embodies that act to make it stop. Requests have been made multiple times. The Defendant then states "To Fix and Destroy digihom" – in essence to destroy The Plaintiff. Plaintiff's name used immediately after statement. See Attachment 17. The Plaintiff is specifically named.

70. Jane/John Doe 5 - Toon Vlux continually changes user name and there is only a 12 slot list available Toon Vlux has gone off the list but Attachment 18 shows name list linking user to postings.

71. On June 12, 2016 Jane/John Doe 5 - Toon Vlux encourages interference with business when all The Plaintiff's products have been unmarked.

20

Jane/John Doe 5 - Toon Vlux uses The Plaintiff's name again directly.

Jane/John Doe 5 - Toon Vlux falsely informs the public that The Games are

being taken down and put back up to remove flags when this is not the case.

Jane/John Doe 5 - Toon Vlux publicly belittles The Plaintiff in a harassing

and bullying manner and insults The Plaintiff's business effort in being

doomed to failure. See Attachment 17.

72. From May 2015 through present, Jane/John Doe 5 - Toon Vlux has

engaged in continual harassment of the Plaintiff on The Distributors forums

through over 100 postings. Jane/John Doe 5 - Toon Vlux engages in

harassment, encouragement of harassment, and debate on harassment of

The Plaintiff and other Steam Developers in efforts to push them from The

Distributors marketplace. The Plaintiff is subpoenaing information

regarding this user to discover if this user is also a competitor.

73. On May 11, 2016 Jane/John Doe 5 - Toon Vlux states The Plaintiff is

"nothing but a hack, a liar and a cheat". Jane/John Doe 5 - Toon Vlux

accuses of theft when in excess of forty thousand dollars have been spent

on production goods, equipment, and subscriptions. Jane/John Doe 5 -

Toon Vlux harasses insulting both The Plaintiff as a family person, The

Plaintiff's partner as a family person demeaning in a bullying and cruel

manner in the public eye. Jane/John Doe 5 - Toon Vlux states The Plaintiff

is a scam artist and will be forever doomed to an endless loop of being

kicked out of the market in an attempt to cause despair and disdain for The

Plaintiff towards The Plaintiff's profession. See Attachment 19.

### Jane/John Doe 6 - brandino

74. From April 2015 through present, Jane/John Doe 6 – Brandino with over

two thousand posts has repeatedly encouraged attacks upon The Plaintiff,

The Plaintiff's business, Business partner, customers, and performed

repeated attacks on The Plaintiff, The Plaintiff's business, Business partner,

customers, and business partners in an attempt to destroy The Plaintiff

financially and put The Plaintiff out of business. Specific statements to this

will be shown in attachments here as the causes of action. The primary

statement which has been repeatedly mentioned by Jane/John Doe 6 –

Brandino: "If Digital Homicide refuses to improve then we'll drive them off

Steam and I will never stop until James and Robert Romine are finished. I

also got a refund for this game so DH won't be getting any of my money

and they also can't delete this review so now they'll have to let me say what

I want to say about DH without getting censored." This Defendant has

passed beyond freedom of speech and for over a year directed harassment,

interference with business, and publicly defamed The Plaintiff. Jane/John

Doe 6 – brandino has had malicious intent to interfere with business and

continued to attempt to have The Plaintiff removed from The Distributors

platform which would put The Plaintiff out of business. Attachments 21

and 22 shows Jane/John Doe 6 – brandino harassing two customers and The Plaintiff.  More examples are available.

75. On October 13, 2015, Jane/John Doe 6 – Brandino posted in multiple Greenlight forums repeatedly in an attempt to destroy products, Jane/John Doe 7 – Brandino posted over 50 times in 3-day time period around this date attacking products. See Attachment 23.

76. On May 27th, 2015 Jane/John Doe 6 – Brandino purchased a copy of Krogwars, played for 5 minutes which is the minimum time to leave a review, then posted a scathing review towards The Plaintiff and The Plaintiff's company continually belittling and depreciating the value of the company with almost nothing to do about the game with only intent to do damage to The Plaintiff. Jane/John Doe 6 – Brandino also attacks The Distributor for even doing business with The Plaintiff. See Attachment Attachment 24. Jane/John Doe 6 – Brandino then refunded the game. It is important to keep in mind Jane/John Doe 6 – brandino has been attacking for over a year at the date of this event.

77. On June 19, 2015, Jane/John Doe 6 – Brandino purchased Gnarltoof's Revenge, played for 5 minutes which is the minimum time to leave a review, then posted a scathing review towards The Plaintiff specifically calling out by Good Name and last name. Jane/John Doe 6 – Brandino belittles, interferes with business specifically asking others not to sell cards or buy the game in an attempt to financially ruin the product and The

Plaintiff. Jane/John Doe 6 – Brandino goes further to belittle a defamation case where The Plaintiff against an exceptionally large media outlet which Jane/John Doe 6 – Brandino follows very closely and which is the primary motivation to attack The Plaintiff. Jane/John Doe 6 – Brandino then goes on to state he will be starting a petition to ban The Plaintiff's company and that 'we' will drive them off of The Distributor and that "I will never stop". Jane/John Doe 6 – Brandino then refunded the game. See Attachment 25. In a further comment below the review Jane/John Doe 6 – brandino further falsely accuses The Plaintiff of Stalking, Harassing, being rude to the community, insulting community members. The copyright strike mentioned to be false was done in an attempt to stop thousands upon thousands of individuals coming from the media outlet and attacking a store forum page while using The Plaintiff's content in a video. Then Jane/John Doe 6 – brandino states finally that he may do over the top style review youtube channel in an excessive or exaggerated manner – which is done to cause controversy at the expense of those who's content he will use to do so. See Attachment 26. The Plaintiff's Good Name is directly used twice in Attachment 25.

78. On June 2nd 2016, Jane/John Doe 6 – Brandino posted an announcement to the harassment group "We Need Valve to ban Digital Homicide" which is The Plaintiff's company and would do direct damage to The Plaintiff. Jane/John Doe 6 – Brandino states he has already sent two letters, countless

emails, and reports on profile and games, but Jane/John Doe 6 – Brandino

asks for more people to do the same in order to interfere with The

Plaintiff's business and attempt to destroy. See Attachment 27.


79. On March 25th 2016, Jane/John Doe 6 – Brandino posted an announcement

stating "Listen, Digital Homicide is the whole reason this group exists so

we HAVE to stop them." Jane/John Doe 6 – Brandino attempts to recruit

users to act to flag The Plaintiff's games only for opinion with no

legitimate reason other than that opinion and Jane/John Doe 6 – Brandino's

own personal hatred of The Plaintiff. In the comment section Jon144 states

"we can't take anymore garbage". Due to Jane/John Doe 6 – Brandino and

others attacks The Plaintiff's production output has been reduced to less

than 5% of production capability and caused mass disorganization and

forced The Plaintiff to write this paperwork instead of making games. This

includes the "better games" these users supposedly want because their

attacks are continuous and interfere with proper financial establishment no

matter hard The Plaintiff works. The Plaintiff has put in over 11 thousand

hours in the past 2.75 years, legal study, legal paperwork, business effort,

model setup, and organization, and coding almost 1 million lines of #C

code. The Plaintiff put an enormous amount of work into Dungeons of

Kragmor released Jan 29 2016 and it was still attacked on launch day and

destroyed financially. At least one competitor immediately left a 5-minute bad review on it without actually attempting to play it. This individual has removed the review within the past month but the damage was done within the first five hours on initial product launch. This mentioned competitor may be discovered further by subpoena and if more involvement is uncovered then will be added by amendment.  See Attachment 27.

80. On July 2015 2016 (evidence only), Jane/John Doe 6 – Brandino posted "Don't worry, we have Jim Sterling to come to our rescue." This indicates collaboration with Jim Sterling who is a Defendant in another case The Plaintiff has filed. These user's direct information to Jim Sterling who then makes a video to his hundreds of thousands of subscribers who come and these users assist in harassment on The Plaintiff and The Plaintiff's products in an effort to destroy both. This has been ongoing for over a year and a half. See Attachment 28.

81. On March 14th 2016, Jane/John Doe 6 – Brandino posted to the hate/harassment group falsely stating that The Plaintiff's bundle is vote rigging when over 15 sites advertise their products in a similar manner. See Attachment 29. This game directly asked for yes votes, and was greenlit, it was made by one of The Plaintiff's direct competitors, and now that competitor may actually be a publisher now, not having to go through Greenlight. Back To Basic Gaming creates gleam giveaways to attract traffic to generate interest in their games in the same manner as The

Plaintiff. See Attachment 30. There is no legitimate purpose in the attacks these all The Defendants have performed against The Plaintiff and they have conspired to do damage to the Plaintiff.

82. On March 13th 2016, Jane/John Doe 6 – Brandino posted to the hate/harassment group stating that The Plaintiff was "more likely to become mass murderers than actually be a respected game devs". Directly attacking the Plaintiff's mental stability while under continual harassment, see Attachment 31.

83. From February 2015 through present, Jane/John Doe 6 – Brandino has engaged in continual harassment of the Plaintiff on The Distributors forums through over a thousand postings. Jane/John Doe 6 – Brandino engages in efforts on harassment of The Plaintiff and other Steam Developers in efforts to push them from The Distributors marketplace. The Distributors system is setup as a conveyor belt it is not IF a game will make it but WHEN. No votes slow or stop product entry into market and reports can cause a product to be marked incompatible forcing the developer to remove it. The harassment/hate group is encouraged to not only vote no but to report games for no legitimate reason other than opinion basis which is not what the reporting system is to be used for. The Plaintiff is subpoenaing information regarding Jane/John Doe 6 – Brandino to discover if this user is also a competitor. Jane/John Doe 6 – Brandino is also a leader and primary harasser and organizer in the hate/harassment group.

84. Jane/John Doe 6 – Brandino is committed malicious harassment through statements of idiot, incompetent, stupid, and other mental comparisons of The Plaintiff by name. Jane/John Doe 6 – Brandino's perception is that The Plaintiff is handicapped and belittles The Plaintiff as such, see Attachment 32 as one of over twenty examples.

85. Jane/John Doe 6 – Brandino has committed stalking for continued harassment and tracking of The Plaintiff on multiple websites and forums, for intent to do damage and in fact doing such damage to business, community, and personal relations on a regular and prolonged basis exceeding a year.

86. Jane/John Doe 6 – Brandino has performed interference with business relations Steam Greenlight interference in over 60 games The Plaintiff has submitted for publishing.

87. There are hundreds of more examples if any more direct evidence is needed. Some may need subpoenaed from The Distributor due to products having had to be removed from The Distributor from harassment issues. There are also some from ban messages where The Plaintiff has had to repeatedly ban from multiple forums, this user, who is not a customer, who continually interferes and Jane/John Doe 6 – Brandino intends to keep coming back until The Plaintiff is no longer in business. There are also somewhere around a thousand other examples of this individual doing the

same actions against others, including via email. I have reported this issue to The Distributor repeatedly yet nothing has been done.

88. On 9-4-2016 Jane/John Doe 6 – brandino posted again to The Plaintiff's game Operation Global shield much in the same manner as all the other games. Jane/John Doe 6 – brandino then harassed main good reviewer of the game specifically attacking The Plaintiff regardless of how good the game was. The reviewer had stated the game was an excellent buy for the price. See Attachment 33. The Plaintiff is now adding a request for a permanent injunction / cease and desist order on Jane/John Doe 6 – brandino's accounts and ip address. In the comment section it can be seen that Jane/John Doe 6 – brandino had accused the user of being an alt account and then deleted the comment then continued on to try to convince the user who had enjoyed the game that The Plaintiff is 'horrible' with bad business practices.

89. As shown in Attachment 34 Jane/John Doe 7 – Gana posted a statement showing involvement of Jane/John Doe 6 – brandino who interfered with A business deal between a large community group and The Plaintiff's LLC. This interferes with business between The Plaintiff and the Plaintiff's LLC which The Plaintiff depends on for publication. This group votes as a whole against The Plaintiff's submitted games in an attempt to stop The Plaintiff from doing business and the deal shown was essential for continuing to get

traffic to The Plaintiff's games to publication. It is impossible to calculate the amount of damage done by this event.

## Jane/John Doe 7 - Gana

90. From March 2015 through Present, Jane/John Doe 7 - Gana has posted over a hundred times in support of harassment and organizing to harass The Plaintiff. Jane/John Doe 7 - Gana is also a leader in the hate/harassment group. The Plaintiff is subpoenaing information regarding Jane/John Doe 7 - Gana to discover if this user is also a competitor. Jane/John Doe 7 - Gana scours the Internet, The Distributor's forums, and The Plaintiff's Internet Sites for information regarding business activity and provides that information in detailed format to the harassment group for consumption via attack. Jane/John Doe 7 - Gana acts as an "intelligence" organizer for the group to make their attacks more efficient and ensure nothing is missed. The Plaintiff warned of possible pending lawsuit a few times. Jane/John Doe 7 - Gana has now not logged in for in excess of 4 weeks. See Attachments 35 and 36.

91. Jane/John Doe 7 - Gana has stalked The Plaintiff continually tracking The Plaintiff's activity and for posting The Plaintiff's personal Facebook link on the harassment groups public forums (this must have later been removed by a moderator or Jane/John Doe 7 - Gana and is beyond statute of limitations at this point.

92. Jane/John Doe 7 -  Gana tracks other methods of income of The Plaintiff beyond The Plaintiff's games as it is an effort to track down all income sources to destroy The Plaintiff in any way possible to stop The Plaintiffs ability to do business. See Attachments 35 and 36.

93. Jane/John Doe 7 -  Gana is a primary communicator on disqus a common communication tool to post on The Jimquisition, Jim Sterlings forum locations. Attachment 37 shows a post about an email to Jim Sterling that led to a host of videos, then several Jimquisition articles that ultimately cost The Plaintiff well over a million dollars and caused massive public hate and harassment upon The Plaintiff outside the harassment group. See Attachment 38 showing another company posting a giveaway for traffic. See Attachment 39 showing the game has been Greenlit and is for sale. Another game called "Suits" gave out 25 thousand keys for vote traffic the same week the plaintiff was destroyed and it was greenlit and now for sale also. See Attachment 40 for information regarding a Back to Basics Gaming (a competitor in lower cost games on The Distributor) where the exact same giveaway methods are used. Back to Basics has recently been getting harassed by this group also but has had less false report issues to The Distributor and less interference with business to date than The Plaintiff. All three of the games shown in this giveaway have been greenlit and are for sale.

**Jane/John Doe 8 – Jon144**

94. On January 8th, 2016 Jane/John Doe 8 - Jon144 falsely accuses The Plaintiff of stealing clipart. The Plaintiffs name is shown three times in this thread. Evidence of this statement is in Attachment 42.

95. On January 7th, 2016 Jane/John Doe 8 - Jon144 posts to the hate/harassment group, which he is the main administrator for, an announcement specifically stating "Everyone in this group should be familiar with these developers. They are the reason that this group was created. We are their true nemeses. It is our task to stop Digital Homicide (aka Romino Brothers) at all costs." This brings down an enormous attack upon the products Greenlight pages. This post has been removed but The Plaintiff already made a copy see Attachment 41.

96. On January 21st 2016, Jane/John Doe 8 – Jon144 posted a statement on a developer's submission stating "I'm really enjoying my popcorn." This is the general response and entertainment the harassers state as they gang bang a target. The developer of Shooter Tactics, see Attachment 43, resubmitted his game later to Greenlight and the attack suffered was said to have given the older gentlemen a heart attack. One of the harassers of the group, Mello_Online1, states in Attachment 44: "@Hagalz I highly doubt that this gy(guy) can suffer a heart attack because of this, if that's the case then Digital Homicide should have died by now." This reference is to The Plaintiff should have *died* from the harassment being received while referring to someone who may have just suffered a heart attack.

97. From January 2015 through Present, Jane/John Doe 8 - Jon144 has posted over three hundred times in support of harassment and organizing to harass The Plaintiff.

98. Jane/John Doe 8 - Jon144 is also the leader and founding member of the hate/harassment group.

99. The Plaintiff is subpoenaing information regarding Jane/John Doe 8 - Jon144 to discover if this user is also a competitor. In Attachment 42 it can be seen that Jon144 has spent several years learning Game Maker Studios and this was several years ago. It is suspected Jon144 may also have Unity experience, is using other accounts to sell games on The Distributor, and may be in the same price range competition as The Plaintiff.

100.     On January 29 2016, Jane/John Doe 8 - Jon144 stated in Attachment 45 that The Plaintiff "took the money and left". That products budget was destroyed by its initial launch discount being improperly released by forces out of The Plaintiff's control. This almost completely destroyed a five-month long work effort. This statement is misleading to The Plaintiff's customers and to potential harassers being convinced to join the fray.

### Jane/John Doe 9 - HGI

101.     Jane/John Doe 9 - HGI has posted over one hundred times in harassment and organizing to harass The Plaintiff. In Attachment 46 are two posts. The first post showing interest as to competitor information. The second post stating in response to user King's post that assisted suicide

should be easy to accomplish as there are plenty of people willing to help

kill The Plaintiff. The Plaintiff's name is several times in the thread.

102.    Jane/John Doe 9 - HGI is suspected to be a competitor on The

Distributor. The user believed to have a company start up in London and is

may have multiple Greenlight accounts submitting products as a

competitor. The Plaintiff will attempt subpoena this information.

103.    Jane/John Doe 9 – HGI posts The Plaintiffs good name and then two

posts later states that The Plaintiff will have legal tax issues if Trade Names

have not been reported. Trade Names do not need to be registered in

Arizona and work as sole proprietor. The entire discussion these users are

having is due to them not understanding that the field for company name is

a typed in field and is not automated. It is easy to make an error in these

fields when setting product to publish as there are a great deal of fields and

steps to perform. See Attachment 48 The Plaintiff designs, develops,

publishes, troubleshoots, markets, and supports his own games. Jane/John

Doe 9 – HGI's statement is defamatory and used in relation to The

Plaintiff's name.

104.    There are 30 more postings from Jane/John Doe 9 – HGI including

harassing posts from forum moderation bans for breaking forum rules. This

user supported others in attempts to harass and put The Plaintiff out of

business.

105.    On May 28 2016 Jane/John Doe 9 – HGI states two defamatory
statements in regards to rigging Greenlight (when it is common practice to
advertise for traffic) and then a double comment in regards to theft.
Torrents are free downloads and some individuals use torrents to freely
download paid assets which would be theft. Then HGI blatantly states theft.
See Attachment 49.

### Jane/John Doe 10 – Karl Pilkington

106.    Jane/John Doe 10 – Karl Pilkington is a leader of the harassment
group.

107.    On September 23, 2015 Jane/John Doe 10 – Karl Pilkington accused
The Plaintiff by association via Good name and Trade Name association of
stealing art work created by laslolf of deviant art. This artwork was for sale
on Shutterstock where the product license was purchased. It took over four
days for the artist to respond to inquiries but the defaming users took it
upon themselves to post false statements before acquiring fact. See
Attachment 50.

108.    Jane/John Doe 10 – Karl Pilkington is a suspected competitor in the
market and has harassed and assisted in harassment of The Plaintiff and
hundreds of other developers primarily on the greenlight submission
system. The Plaintiff submits the entire Steam Community at
https://steamcommunity.com/ and Greenlight system comment and forum

sections as an exhibit for this complaint. This section to be Amended after Jane/John Doe subpoena.

109.    Jane/John Doe 10 – Karl Pilkington has posted in excess of three hundred times harassing and supporting harassment of The Plaintiff over a 15-month period.

110.    Jane/John Doe 10 – Karl Pilkinton states that a customer of The Plaintiff as being "you are the problem, at least a big part of it" as shown in Attachment 51. This statement harasses The Plaintiff's customer for liking The Plaintiff's product.

### Jane/John Doe 11 - Drackmore

111.    In Attachment 54 Jane/John Doe 11 – Drackmore states that The Plaintiff is 'threatening' people and Drackmore gets a kick out of it. The Plaintiff had specifically warned this entire group several times and dozens of times to individuals to stop harassing and destroying The Plaintiff's products.

112.    In Attachment 55 Jane/John Doe 11 – Drackmore states that Operation: Global Shield "snuck" past greenlight and at 54%/48% it should not have been greenlit. This is a false statement and many such vote percent on games make it through every batch. The Plaintiff directly paid for advertising to get traffic to this particular title approximately a year ago. Five of the titles lost due to this groups harassment efforts were also advertised with cash on the same site as Operation: Global Shield and

$50,000 worth of keys were handed out for advertising traffic. All this was lost when those products were lost from interference by the harassment group.

113.     In Attachment 56 Jane/John Doe 11 – Drackmore mentions what The Plaintiff should be doing in Jane/John Doe 11 – Drackmore's eyes. It is these opinions that have been continually forced upon The Plaintiff in an effort to control The Plaintiff's business. Jane/John Doe 11 – Drackmore then states he is answering questions 'honestly' when false information is being given out. There are plenty of sales to justify The Plaintiff's products. Jane/John Doe 11 – Drackmore was stating that cards are the only reason the games sell and that giving games away free for card revenue was the only reason The Plaintiff was doing business. The truth of the matter is that these individuals have forced The Plaintiff into the low price market because The Plaintiff cannot devote large amounts of time to a game for fear of it being destroyed every time by these harassers and other factors related to the situation. The Plaintiff cannot charge a reasonable price for higher effort work as the attacks by these harassers detract from its value and create customer disinterest. Jane/John Doe 11 – Drackmore also states he knows "it must steam you something fierce knowing you cannot moderate this little section" when the truth is that The Plaintiff has not wanted communication with this individual for many months and has stated this fact repeatedly. Jane/John Doe 11 – Drackmore 'gets a kick' out of and

prides himself on being able to frustrate, annoy, and destroy The Plaintiff at

every turn. As a group they are almost unstoppable. Each of the 1200+

individuals can comment on any greenlight and any game published. With

21 published games and at one point over 40 on greenlight this left over 73

thousand locations that The Plaintiff would have to look, and ban an

individual performing defaming, harassing, interfering, or attacking

statements on The Plaintiff. These individuals know the moderation tools

are insufficient to block harassment and take advantage of every avenue

open and when banned, sometimes even create a new account to continue

or use an alt. See Attachment 58.

114.    On Attachment 59 Jane/John Doe 11 – Drackmore misleads others

with the statement that reviews and comments are disabled on Itch Io where

The Plaintiff sells bundles. $10 of sales came from this sites traffic. The

Plaintiffs traffic directed over six hundred times this amount of sales to that

site generating income for itch that it would have never gotten on its own.

All of this traffic was from The Plaintiff's community group which is made

up of people familiar with The Plaintiff. These harassers interfered with this

business arrangement and itch.io removed The Plaintiffs games from the

search engine making it more difficult for paying customers to find The

Plaintiff's games.

115.    In Attachment 60 it can be seen that Jane/John Doe 11 – Drackmore

shows tracking effort in attempting to discover how The Plaintiff managed

to get a recent game to published stage. It is Jane/John Doe 11 –
Drackmore's objective to harass and interfere with the ability to get titles to
publication as much as possible which is the basis of this entire case.

116.      Jane/John Doe 11 – Drackmore has posted in excess of a hundred
times in harassment and support of harassment of The Plaintiff. Jane/John
Doe 11 – Drackmore has displayed entertainment and personal satisfaction
at annoying and attempting to interfere with The Plaintiff's business efforts.

### Group Digital Homicides Poop Games/Trashware

117.      As a group, all members of Digital Homicides Poop
Games/Trashware are in conspiracy to perform harassment against
developers who do not fit their personal opinion of what a video game
should be. By sheer number and negative votes these individuals as a group
can heavily delay and destroy a games ability to be brought to market. As
The Distributor is the primary location where starting developers can sell
their the harassers and attackers actions actually determine the worldwide
market for PC game distribution and what can make it to be for sale. The
fact that these individuals cannot accurately monitor all submissions and in
fact cannot battle certain community groups with large numbers of
supporters creates an unfair and biased entry to market in a manner that is
harassing and devastating to new and upcoming developers.

118.      It is specifically stated in Attachment 52 by a developer considering
joining this group "Wouldn't it be a kind of conflict(conflict) if I'm an active

member in this group when I propose another game on Greenlight?" One of the leaders "Tryyton" states "we have more devs in the group, don't worry". This is most definitely a conflict of interest and any individual that is a developer is at least twice as responsible for interference with business as the other harassers in the harassment group.

119.     In Attachment 53 it is shown that two of the leaders have a discussion on keys for vote traffic and The Distributor has only stated that it makes it "harder to determine" consumer interest. This has been left open for individuals to use keys to do so and The Plaintiff has been singled out by both The Distributor and this harassment group in attempts to block business. The Distributor is a subsidiary of a competitor and some elements within The Distributor have similar interests as this group.

120.     With the above paragraphs The Plaintiff asserts there is no legitimate purpose for this group, it has specifically stated its desire to put The Plaintiff out of business and gathers forces to do deeds to meet that purpose. As such any active member of this group that votes as a group competitor or not a competitor is liable for the causes of actions stated in this case. Per Agency and Vicarious liability stated below any employer, agency, or publisher that has ties to any member of this group for performing such acts shares equal liability.

121.     Attachment 56 shows two posts of over 15 in regards to The Plaintiff's game Operation: Global Shield. The harassers state that The

Plaintiff is "sneaking titles past" and dodging red tape. This references the harassers need to "intercept" to stop The Plaintiff from doing business and the illusion that red tape is the problem and contributes to misinformation these individuals spread to the public. It is not The Plaintiff's responsibility to inform these individuals of business dealings. The developer's names were used because a different contract was signed and no more titles will be published under Digital Homicide LLC for specific business reasons.

122.    As one example of dozens that are random individuals throughout the group and could be individuals stated here on alternate accounts, Attachment 56 shows a user stating that he was Denial of Serviced (DDOS) by The Plaintiff after this user said something on The Plaintiff's greenlight submission. There is no possible way The Plaintiff could even know who this user is, what their IP address is, or that The Plaintiff would even have any reason to do such a thing.

123.    It is important to note, that a majority of these posts are on The Plaintiff's forums. These are locations that The Plaintiff must go to check on customer problems, fix requests, feature requests, and so on. These individuals could speak about this anywhere else on the net or in their own forum. Instead, as a group, they gather in their harassment group and direct statements to The Plaintiff's game forums and greenlight submissions to both interfere with business and goad The Plaintiff repeatedly over 2000 times by individuals mentioned in this case and 20 thousand times by this

groups members and others assisting from their supporting Youtube channel.

124.    Hundreds of more examples of the above information are available and if summary judgement is not achieved The Plaintiff will supply significant amounts of additional evidence including some external site information to give as clear a picture possible to The Court.

## ADDITIONAL EVIDENCE OF DEFENDANTS STATED FALSITIES

125.    Attachment 61 shows an image of Victory Games LLC used to supposedly create a link to The Plaintiff as a supposed harasser. This entire event was created by a random Internet troll and The Defendants and multiple media outlets used it to blame on The Plaintiff.

126.    Attachment 62 shows an image of Victory Games game submission account used by The Plaintiff. Shown is the names that cannot be cleared by the owner of the account. There is no Victory Games LLC present showing proof that this account was never used for Darkhill Avengers submission and that dozens of statements made by The Plaintiff were false.

127.    Two large media outlets specifically spread these false statements of harassment to put The Plaintiff into bad light and reverse this false harassment accusation upon The Plaintiff. Attachment 61 is missing its vote buttons in the circled red area. The year would not be shown where it is underlined for a posting of a game during that year. The square area shows LLC which was never on The Plaintiff's submission account. This is proof

that someone has modified this image and all accusers did not ask for comment or find verified fact as to who's image and account it was before falsely accusing The Plaintiff.

## AGENCY AND VICARIOUS LIABILITY

128.     The Plaintiff asserts that all Defendants agencies, employers, and publishers whom supported via public representation and lack of action to deter The Defendants are therefore liable to The Plaintiff for the acts, negligence, malicious intent, and damage caused by that inaction and the actions of those Defendants. This is to include those Defendant's not yet named until discovery of Jane/John Doe involvement by subpoena. This section subject to amendment upon receiving Jane/John Doe subpoena information.

## FIRST CAUSE OF ACTION: CONSPIRACY TO COMMIT VIOLATION OF CIVIL RIGHTS

### (All Defendants)

129.     The Plaintiff incorporates all paragraphs.

130.     In Violation of The Plaintiff's Civil Rights per 18 US Code 241 the Plaintiff demands action upon the Defendants limiting or elimination of The Plaintiff's right to communicate with the world, express or publish opinions (and The Plaintiff believes The Plaintiff's goods as a form of expression), the inability to speak publicly without fear of harassment, and limit access to the tools needed for the Plaintiff's livelihood.  Defendants conspiring unlawfully

as two or more persons in disguise (anonymously) and on the highway (Internet) with the intent to prevent or hinder The Plaintiff's right to exercise the enjoyment of Constitutional Rights stated above. The listed punishment under criminal law is a fine and up to 10 years imprisonment. The Defendants have repeatedly entered Store Page Forums to cause damage not as customers of The Plaintiff, just as a real life store has the right to refuse service and keep a pleasant working and customer environment, The Plaintiff has the right to do so on his product forums. The Defendant's groups stated goal is to stop The Plaintiff from doing business and have The Plaintiff removed from The Distributor and would entirely put The Plaintiff completely out of business.

131.    42 U.S.C. § 1985 section 3, also states that if 2 or more persons depriving persons of rights or privileges, in this case right of due care, right of not being subject to others bearing false witness, and the right to do business, then The Plaintiff has right to damages resulting from those person's actions. The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## SECOND CAUSE OF ACTION: DISORDERLY CONDUCT

### (All Defendants)

132.    The Plaintiff incorporates all paragraphs.

133.     Under Arizona State Leg Statute 13-2904 Disorderly Conduct section A. (2) Makes unreasonable noise (in the form of repeated posting). Section A. (3). Uses abusive or offensive language or gestures to any person present in a manner likely to provoke immediate physical retaliation by such person. Section A (4) Makes any protracted commotion, utterance or display with the intent to prevent the transaction of the business of a lawful meeting, gathering or procession; in this case continually for over a year time. Section B. stated disorderly conduct under each of these numbered items are misdemeanors that have been committed over two thousand times in the vicinity, directed at, and taking effect upon The Plaintiff, The Plaintiff's business effort, and the general population. Noise being defined as: "a sound, especially one that is loud or unpleasant or that causes disturbance." The Plaintiff asserts that there is no difference between an online post and an utterance by voice. The ACLU states: "If you exercise your free-speech rights in violation of these rules, you may be excluded from the mall. However, you should not be arrested for trespass under state law in an area that's open to the public **unless you intentionally interfere with the establishment's business,** for example, by obstructing **or intimidating its customers.**" The harassment groups purpose has been specifically stated to be to put The Plaintiff out of business. See Attachment 27.

134.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's

actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

### THIRD CAUSE OF ACTION: STALKING

### (All Defendants)

135.    The Plaintiff incorporates all paragraphs.

136.    Under Arizona State Leg Statute 13-2916 Use of an electronic communication to terrify, intimidate, threaten or harass Section A: It is unlawful for any person with the intent to terrify intimidate, threaten, or harass a specific person or persons to do any of the following: 1. Direct obscene, lewd, or profane language or suggest any lewd or lascivious act to the person in an electronic communication. 2. Threaten to inflict physical harm to any person or property in any electronic communication. 3. Otherwise disturb by repeated anonymous, unwanted or unsolicited electronic communications the peace, quiet or right of privacy of the person at the place where the communications were received - in this case the State of Arizona. Any persons who violate this section is guilty of a class 1 misdemeanor and this has been performed by The Defendants in excess of ten thousand times upon The Plaintiff. As shown on a per defendant basis this cause of action applies to all Defendant's and is subject to amendment after Jane/John Doe subpoenas are fulfilled.

137.    The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's

actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## FOURTH CAUSE OF ACTION: HARASSMENT

### (All Defendants)

138.    The Plaintiff incorporates all paragraphs.

139.    Arizona State Leg 13-2921 harassment section A. states A person commits harassment if, with intent to harass or with knowledge that the person is harassing another person, the person: (1) anonymously or otherwise contacts, communicates or causes a communication with another person by verbal, electronic, mechanical, telegraphic, telephonic or written means in a manner that harasses. (2) Continues to follow another person in or about a public place for no legitimate purpose after being asked to desist (3) Repeatedly commits an act or acts that harass another person. (4) Surveils or causes another person to surveil a person for no legitimate purpose. Per Section C of this statute Section A is a class 1 misdemeanor and has been performed by The Defendants from 10 to 2 thousand times each in the past 21 months. Section (D) lawful demonstration does not apply as some of The Defendants are competitors with intent to profit and disparage goods and The Plaintiff's good name in front of the public. Section (D) also does not apply to those who posted repeatedly with intent to destroy and harass after being asked to desist, who also interfered with legitimate customers who would otherwise have enjoyed the experience and the games. A few posts a month

would not have been enough for cause of action. Every game, every submission, and every business attempt of The Plaintiff is stalked, organize harassed, depreciated in value by negative review repeatedly when the users already have bias against the product, and The Plaintiff is belittled in the public eye.

140.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## FIFTH CAUSE OF ACTION: CRIMINAL IMPERSONATION

## (JANE/JOHN DOE 8 – AKA STEAM USER JON144

## SUBJECT TO AMENDMENT)

141.     The Plaintiff incorporates all paragraphs.

142.     Arizona Leg. Statute 13-2006 states that a person commits criminal impersonation by assuming a false identity with the intent to defraud another. All competitors and leaders within the group Digital Homicides poop games , a group ran by John Doe Jon144 until he dropped the group after 20 months of harassment leadership, when he was warned of pending litigation, have taken part in the actions bringing this cause of action and have profited or attempted to profit in the marketplace by limiting The Plaintiff's product entry to market, direct product damage, and interference with business using the harassment group as an organizational hub to stage these attacks from.

This charge also involves public damage to The Plaintiff for the public view of The Plaintiff as a supporter of harassment of other developers in the community. Evidence of this impersonation can be seen in Attachment 1 where this lawsuit was announced so that those being filed upon could seek legal counsel to defend their anonymity. These Internet users believed The Plaintiff was the owner of the group that was harassing The Plaintiff due to the usage of The Plaintiff's companies name. All Defendants conspired as a group with intent to have The Plaintiff banned, removed, and out of business.

143.     This cause of action may not be representable by The Plaintiff except by The Plaintiff's ownership of 35% of Digital Homicide Studios LLC. This representation is left up to The Court. Cause of action dropped if The Court decides against.

144.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## SIXTH CAUSE OF ACTION: TORTIOUS INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS WITH THE DISTRIBUTOR

### (All Defendants, subject to Amendment)

145.     The Plaintiff incorporates all paragraphs.

146.     At all times during The Defendants attacks upon The Plaintiff, continual Intentional Interference with contractual relations took place and is currently taking place as this complaint is written and will continue at any time a new game is posted. The Defendant's interfere with the ability of The Plaintiff to do business with The Distributor. Defendant's harass customers of The Plaintiff, harass individuals who have interest in The Plaintiff's products, and harass individuals who leave positive reviews on The Plaintiff's products in an attempt to have these reviews removed. The more times The Plaintiff attempted to remove postings, the more individuals or secondary accounts would arrive to continue the onslaught. These actions cause The Distributor to be less willing to do business with The Plaintiff.

147.     The Defendants send emails, reports, and post comments aimed toward The Distributor to encourage The Distributor to not do business with The Plaintiff.

148.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## SEVENTH CAUSE OF ACTION: TORTIOUS INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS WITH DIGITAL HOMICIDE STUDIOS LLC

### (All Defendants, subject to Amendment)

149.     The Plaintiff incorporates all paragraphs.

150.     At all times during all causes of action, The Defendants interrupt The Plaintiff's ability to do business with Digital Homicide Studios LLC in attempts to publish product to market, sell product, deal with customers, and profit in the free market.

151.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## **EIGTH CAUSE OF ACTION: LIBEL PER SE**

### **(All Defendants, subject to Amendment)**

152.     The Plaintiff incorporates all paragraphs.

153.     The defamatory statements and actions reach into the State of Arizona directly aimed at The Plaintiff and cause damage to The Plaintiff and all other users who have seen these assaults from that location.

154.     Defendants making false statements procured liability in regards to defamation while causing reputational damage and interference with business.

155.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## NINTH CAUSE OF ACTION: UNJUST ENRICHMENT

## (ALL DEFENDANT COMPETITORS: JANE/JOHN DOE 1 AND 9

## SUBJECT TO AMENDMENT)

156.     The Plaintiff incorporates all paragraphs.

157.     The Defendants under this cause of action have intentionally attacked The Plaintiff to further their own financial benefit by destruction of a competitor and have committed similar acts to dozens of other competitors in the market.

158.     Competitor is defined as any Defendant with a financial interest in The PC Games market. This includes but is not limited to Youtubers, Game Developers, Defendants planning on entering the market in the future, Twitch streamers, and Artists.

159.     The Plaintiff seeks damage equal to any benefit in the market The Defendants make within The Distributors market place.

160.     The Plaintiff also prays for Court order blocking these competitors from doing business with The Distributor.

161.     The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## TENTH CAUSE OF ACTION: RESTITUTION

### (All Defendants)

162.    The Plaintiff incorporates all paragraphs.

163.    The Plaintiff pleads cause of action for restitution. The Defendants actions caused direct damage to sales and destruction of property prior to access to market that crippled The Plaintiffs financial capabilities during peak market time opportunities.

164.    The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## ELEVENTH CAUSE OF ACTION: NEGLIGENCE

### (All Defendants)

165.    The Plaintiff incorporates all paragraphs.

166.    At all times during the events and causes of action stated in this complaint, The Defendants have shown reckless disregard and negligence with regard to the damage caused to The Plaintiff, the public, The Distributors community, and The Plaintiff's customers. The Defendant's actions have caused financial, reputational, and emotional damage for in excess of a year of continual assault.

167.    The Plaintiff has suffered emotional distress, financial loss and damages, loss of reputation, and financial strife due to the Defendant's actions and The Plaintiff is due restitution in an amount to be proven at trial or summary judgement. Plaintiff also asserts the right to exemplary damages.

## DAMAGES AND SELF REPRESENTATION FEES

168.     The Plaintiff incorporates all paragraphs.

169.     Plaintiff seeks all damages legally available for the aforementioned causes of action in an amount to be determined at trial or by and during summary judgement. These damages are not limited to but include the below (subject to amendment):

170.     The damage depicted below is market evaluated according to average provable product value at the time The Defendants assaulted the Plaintiff. All administrator/owners of the harassment/hate group were aware of or should have been aware of false accusation of theft, false accusation of impersonation, and harassment issues and took no measures to curb these issues other than basic statements that it should not be happening. These administrator/group owners also took direct and repeated action harassing, cyberstalking, and bearing false witness or encouraged others to do as a group against The Plaintiff. Starship: Novastrike, M.A.S., Grimehz Journey, Coastal Carnage, Bombing Run, Operation: Vile Strike were assaulted and destroyed by The Defendants. The Defendants were the initial factor causing this interference with business and should be held accountable for their actions and the damages involved. These products were under Trade names directly representing The Plaintiff as sole proprietor at the time damages. Value per title high to low end $18,000 at time of loss to $5,000 current value

each per year averaged to $11,500. At 5 years for a total of $517,500. All titles listed above were attacked within the Greenlight System as submissions by The Plaintiff before Digital Homicide Studios LLC took under contract.

171.    For direct involvement and attack upon 42 games posted to Greenlight in 2016, Low end value $5,000 per title per year for 5 years for a total of $1,050,000. These 42 games were attacked within the Greenlight System as submissions by The Plaintiff before Digital Homicide Studios LLC took under contract.

172.    For over 21 months of decreased production both from harassment, interference with business, emotional and mental strife, and for competitive reasons by some Defendants the loss of over forty titles that will never come to exist at above value of $5,000 per title per year for five years for a total of $1,000,000. This is a rough estimate as Jane/John Doe Interference cannot be accurately determined until subpoena filings are completed, data gathered is analyzed, and the complaint amended. All titles listed above were attacked within the Greenlight System as submissions by The Plaintiff before Digital Homicide Studios LLC took under contract.

173.    Continual business interference and product to market reduction caused by repeated harassment, stalking, and interference of business by The Defendants. Damage assessment to be completed during case work and by The Court.

174.    An estimated 1500 hours that will be spent on Legal work to self-represent this case over the next three years which will be a detriment to The Plaintiff's chosen profession. The Plaintiff's work creates cash flows rather than hourly payments and as such has compounding value (and therefore loss) over time. With an estimated 4 product creation per month and 5 months' work lost dealing with self-representation for this case. An estimated loss over time restitution during critical market time is a minimum product lifetime loss estimate of $500,000. This will be proven in trial or at time of summary judgement.

175.    The Amount in Controversy:

176.    Compensatory Damages: $2,967,500

177.    Emotional, reputational, and financial distress: $5,000,000

178.    Punitive damage request: $10,000,000

179.    Total: $17,967,500

180.    The Plaintiff also requests any other damages, reductions, or increases The Court deems proper in regards to this cause of action.

## DEMAND FOR JURY TRIAL

The Plaintiff does not request trial by jury.

## PRAYER

**WHEREFORE,** The Plaintiff, prays that the Court:

Enter judgement in The Plaintiff's favor against the Defendant's listed on cause of actions 1 through 11. Below damage request is subject to amendment where more individuals may be involved and damages could increase and/or spread across more defendants.

As a group this damage has been evenly weighed against The Plaintiff and for all causes of action in regards to Compensatory damages resulting from loss of the business capabilities to The Plaintiff: $269,772.73 for each of the 11 Defendants.

Emotional distress, Financial distress, and continual public humiliation at The Plaintiff's detriment: $454,545.46 for each of the 11 Defendants.

A Punitive Damage request to the sum of $909,090.90 per each of the 11 Defendants to deter future false statements, interference with business, and harassment.

In the event any Defendant is outside of the United States, and the cause of action against them is won or defaulted upon or a Defendant is unable to financially repay the damages caused, The Plaintiff requests a Court Order that every account said Defendant has on The Distributor is permanently removed as punishment for the actions taken against The Plaintiff. This permanent removal will be considered a full reimbursement of damages for that Defendant.

1   RESPECTFULLY SUBMITTED this September 12 2016

2

                           By:

3                          James Oliver Romine Jr. Pro Se.

4                          12494 Ironwood Dr.

                         Yuma, Arizona 85367

5                          jromine2445@gmail.com

6                          928-276-1844

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28