James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>    Plaintiff<br><br>**v.**<br><br>JANE/JOHN DOE 1 - aka Steam User DemonSword, and<br><br>JANE/JOHN Doe 2 – aka Steam User Nathos<br><br>JANE/JOHN DOE 3 - aka Steam User Michoo Jones, and<br><br>JANE/JOHN DOE 4 - aka Steam User JDude330#HaeisBACK, and<br><br>JANE/JOHN DOE 5 - aka Steam User Toon Vlux, and<br><br>JANE/JOHN DOE 6 - aka Steam User brandino, and<br><br>JANE/JOHN DOE 7 - aka Steam User Gana, and<br><br>JANE/JOHN DOE 8 - aka Steam User Jon144, and<br><br>JANE/JOHN DOE 9 - aka Steam User HGI, and<br><br>JANE/JOHN DOE 10 - aka Steam User Karl Pilkington, and | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

1

2

3

4

5

6

JANE/JOHN DOE 11 - aka Steam User
Drackmore, and

JANE/JOHN DOES 12 through 100

7

8    I James Oliver Romine Jr, depose and state that Attachment 1 through 62 are true and
9    correct to the best of my knowledge, information, and belief and in support of the factual
     allegations contained within The Complaint.
10

11        RESPECTFULLY SUBMITTED this 7 day of September 2016
12

13

14                                              James Oliver Romine Jr. Pro
15                                              Se.
16                                              12494 Ironwood Dr.
                                                Yuma, Arizona 85367
17

18   Sworn to and subscribed before
19   me this 7 day of September 2016.

20

21   NOTARY PUBLIC

VALERIA GARCIA
Notary Public - Arizona
Yuma County
My Commission Expires
October 19, 2016

22

23

24

25

26

27

28



ATTACHMENT 1

 Donovan Jackson · 8 months ago
Digihom is back! - Or maybe his reincarnation from...Germany?

http://steamcommunity.com/work...

Please visit this game on Greenlight, If you genuinely like it, VOTE YES, but please read my thread (Demon Sword )

Perhaps I am a witch hunter, but I prefer "Consumer Advocate"
As a Green light developer myself, I am striding to have 'Honesty' and "Integrity" on Steam.

Because people like this may one day cause us to lose the opportunity that is Greenlight.

Please visit this Steam Greenlight page, and weigh in, do you think this person is Digital Homicide? We may never know for sure.

∧ ¦ ∨ · Reply · Share ›

 **Nathos** → LiamHaHa · a year ago

Every game they make has Steam Trading Cards, they giveaways
hundreds of copies every now and then. Which means, there are cards
going to market to generate some profit, even tho it may not be a lot (tho I'd
really like to see numbers about it) it's something.

They sell their games cheap and on release they do big discounts and sell
really cheap because they know it's crap and a lot of ppl will buy because of
cards with Steam Wallet leftovers.

If they steal assets or buy very cheap assets that they use on several
different games, that means they don't invest anything or almost nothing and
have a profit.

Making a new shit game "every week" and putting on Steam, doing the
above, they generate some revenue, they're doing little work for candy
money. But with the amount of ppl that actually buy these shit or sell the
cards from free keys, that's some free money.

If they were really interested into releasing a proper game, they would
spend a lot of time on it instead of making one game after the other and try
to finish and fix the games they already have.

They're doing it the cheapest/fastest way possible and putting on Steam
under different publishing/developer names to avoid being called out and
criticism, they are abusing Steam and it's user base good will/faith. They are
scamming people.

∧ | ∨ · Reply · Share ›

ATTACHMENT 3

↑ ↓ · Reply · Share ›



**Nathos** · a year ago

They changed their name from Gham to Digital Homicide then from ECC Games and finally to Every Click Counts. Also they used Game Portal Publishing for final publisher, after ECC Games.

Proof:
https://steamdb.info/app/39205...

If you check it further, you will see they keep changing names for developer and publisher.

Then they claim they made the Facebook page for Every Click Counts Games (Every Click Counts Software) on March 22nd. Which make me wonder if someone there made that page and they decided to use Digital Homicide name instead or they made that page with a different purpose and then decided now to use it at their favor as cover.

Also, some guys gathered some more info, apparently all the games in the Blitz Bundle site share assets between them, some use assets from... The Slaughtering Grounds!
http://www.steamgifts.com/go/c...

1 ↑ | ↓ · Reply · Share ›



ATTACHMENT 4

64



⚒ This topic has been pinned, so it's probably important

 Michoo Jones   (Banned) Nov 16, 2015 @ 4:57pm

## DH Apparently Denies Being Author of Tumblr Posts and DOXing

You guys took an unreasonably long time to say it's not you, as there is no way you could have just now found out. And it just so happens to be around the time all the evidence disappears with Jim saying he's taking legal action against it. Hum-deela-hum....

This is no different than you denying ever holding a contest to in disciminately ban everyone who hated your game, when we all no that's false, and you even using as artifical evidence against Jim as slander against. I don't doubt you're probably trying this again. Pull some shady ♥♥♥♥, delete the evidence, deny you ever did anything, accuse Jim of slander.

You guys have far too big a track record of acting purely out of agression and either denying it, or claiming it was completely justified, for anyone to believe you now.

P.S. I see that you also recently deleted one of your sock puppet Youtube accounts The No-BS Gamer. You were putting up quite the hassle against everyone, It's just a shame that they all saw through you though.

*See post history*

Showing 1-1 of 1 comments

This topic was deleted by Digital Homicide, Nov 22, 2015 @ 3:12pm

Michoo Jones    (Banned) Nov 22, 2015 @ 4:38am

# In Response to My Pinned Discussion

It doesn't make you look any less suspicious when you knew about this for awhile and are only NOW commenting on it. And may I remind you and everyone, it just so happens to be around the exact same time ALL the evidence was deleted and Jim is preparing to press charges. Also, saying it couldn't possible be from you cause they can could simply trace it back where you are, doesn't mean ♥♥♥♥, considering how easy it is to have been done on a secondary computer, or even under a proxy.

Naturally, you contradict yourself by saying you're ALWAYS so public about these things, even though you sat on this topic until push came to shove. Even without that, it's a load of horse ♥♥♥♥, cause you guys were so public about bundle blitz.com, your bobmiddleton BS, your ECC games debacle, your 10+ sock puppet accounts for you 20+ ♥♥♥♥♥♥ greenlight games, so public, my ♥♥♥.

Also, telling me a three letter difference in your name vs. the sock puppet proves your innocence, doesn't mean anything either, as if you can't have several accounts with similar names (Digital Homicide, Digital Homicide Games, Digital Homicide LLC, Digital Homicide, ring any bells) Or you know, just simply changed the name...

As for the No BS gamer account, you're gonna have a hard time convincing me that wasn't you, considering you've been following the same pattern 3 times now.
- Have an unreasonably high affection for you guys, claiming its all for the good of Indie Devs everywhere.
- Echo the same non-logic lack of understanding you've used in the past as arguments, even directly quoting you claiming it to their own words.
- Get extra pissy with people when accused of being you
- Ultimately deletes account when they have nothing left to say

Your contest BS is still BS, you keep saying that giving out keys means you didn't ban anyone, when that is not true at all, nor is it even the meat of the problem, and giving me a comment and account with no link that probably doesn't even exist doesn't suddenly make you irrefutable. The most you can say that Jim slightly exaggerated when he said you banned everyone, when in reality you only banned 20 of the 25 people who entered (= not everyone), but your still ignoring the principle of the matter. Plus, I don't even know how you can honestly break the rules in a contest where you're encouraged to talk ♥♥♥♥ about a game (which is pretty shady in it of itself), what did they same something nice? God Forbid. Your insecurity is matched only by your pettiness, you've been caught indiscriminately banning people before, I don't see how this time is so hard to believe. You want to say everyone is lying, and only you know the truth, but you can't even bother proving it, since you deleted the forum, and when asked about the moderator and contest winners, all we get from you is 'shove it up your ♥♥♥ '

Along with sidestepping it with something else completely unrelated, like you are right now with your asset flips, which I have never even made apart of this conversation.

*See post history*

ATTACHMENT 7



Michael Jones    (Banned) Oct 21, 2015 @ 9:13pm

# Ivan Rakitic @XenobyteRussia

This is just something that has to be put out there, it's the latest and greatest of the Romino Bros. making complete fools of themselves.

A little while ago, their popped up on tumblr a post titled 'Jim Flips the Bird' (http://jimflipsthebird.tumblr.com/) in which an alleged developer accuses Jim of asset flipping and breaking the law by stating how his #vvvvvvnanii t-shirt is 'nothing more than the Twitter logo with an MS paint doodling on it.' Unfortunately this only clearly demonstrated the developer's lack of any understanding of what asset flipping really is, how copyright laws work, or the concept of parody as a whole. Naturally, Jim posted it to his Facebook and Twitter mocking them for such ignorance -
https://twitter.com/JimSterling/status/653430443790827520
https://twitter.com/JimSterling/status/653430569263493120
https://twitter.com/JimSterling/status/653430810524724992
https://twitter.com/JimSterling/status/653433020762861568
https://twitter.com/JimSterling/status/653537768770802097

The developer used the post to potentially advertise itself with a company email, and under the title Ivan Rakitic, Xenobyte Studios, it's Twitter account (which was it's main form of communication) also sharing the same name. Naturally people wanted to find out more about this Xenobyte Studios, but what people found was another pre-existing studio under the same name and unrelated to the one who wrote the tumblr.
https://twitter.com/JimSterling/status/654819864944056320
https://twitter.com/JimSterling/status/654820643058286113

The after effects is where things get really interesting. The REAL Xenobyte Studios were looking into potential defamation charges against Ivan, but he instead opted to sidestep the issue by changing his name to Xenobyte Russia, as well as immaturely calling everyone stupid idiots for confusing him with a developer of the same name. He had also removed the email link at the end of his tumblr post and replaced it with a link to his Twitter. On top of that, he began tweeting much more frequently (most against people demanding answers) but also doing in a very artificial Engrish manner, as if to sell us on the idea that he's a clueless foreign. It's especially odd considering he allegedly wrote the tumblr post himself (as well as a few initial Tweets), which was in fluent English. He claimed this was because he had an English friend, hmm.....

Ivan eventually was approached with the question on whether or not he's even a developer, his response in what he believes was proof was this -
http://imgur.com/2vLV4Mz

Unfortunately this proves one thing, XenobyteRussia was Digital Homicide the whole time. If you look at the images highlighted area, you'll clearly see this was from Victory Games, the same Victory Games that brought us this classic -



. which as we know is just Digital Homicide under an alias. And wouldn't you know, that game was removed from Greenlight, hmm.....

When word of this got out, they belted out one last bitter little upset of "vvvv YOU GUYS" before ultimately deleting the Twitter account, and removing any link to it from the tumblr post. This is why I wanted to share this with everybody, Digital Homicide has been caught in yet another web of their own vvvvvvvt, making almost the exact same mistakes a second time around (ECC games, anyone?), and want to just sweep it under the rug pretending that it didn't happen, hoping everyone will forget in time for their next whack at it. Let's not let that happen.

PS. To the Romino Bros, if you delete and ban me, you'll only be making this harder for yourself. I will make sure people hear this, whether you want them to or not.

See post history

ATTACHMENT 8



Michoo Jones · Mar 16 @ 3:06pm

Also, mind telling me what the f&ck you did to the Digital Suicide facebook page? My links broken, and I can't find it anywhere

Michoo Jones · Mar 16 @ 3:59pm

Well holy sh!t, you're actually pursuing a lawsuit instead of just giving people empty threats. I would say I'm proud of you, until I realize this might as well be an empty threat, since it relies solely on the support from your non-existent fanbase. We've well established that people don't like you, nor do they stand by you in your pursuit of pettiness, and even if you lie and say that they do, which they don't.

Also, customer's are not the same as supporters, if you want to claim that your games sales prove me wrong, which by your own accordance you don't have much of.

Plus, if you're trying at all to appeal to people who don't know who you are, chances are they're gonna find your BS through Jim (who's way more popular and a reliable source than you) BEFORE knowing about your lawsuit, and thus be added to the majority population of sane individuals, also not support your lawsuit.

Another thing, people don't like people who take a "I'll SUE YOU, I'll SUE YOU TOO, I'll SUE THE WHOLE WORLD" attitude, good luck finding support for that. Plus your evidence against him rather weak to non-existent, so I doubt many people are going to be overwhelmed, besides that you're actually expecting them to trust you.

Last, you're kind of a piece of sh!t who's done sh!+ty things, never once atoned for them, and is now trying to wield the law like a weapon to get back at someone who didn't like your piece of sh!t games. Again, I'm happy you at least show signs of actually doing what you promised, but you still aren't gonna put your money (or lack thereof) where your mouth is, and are hoping that people are dumb enough to buy into your BS. Unless you pull the money outta nowhere, or are possibly lying about not having enough (which to be fair you've been extremely inconsistent with your success) , that lawsuit's gonna be stuck in limbo for a long time.

Last edited by Michoo Jones; Mar 16 @ 4:04pm

ATTACHMENT 9

70

Sterling, pro jared, total biscuit, and angry joe are all one multi channel network right...they work under the same banner. They were all responsible for verifying facts before posting them. We did not ban

Winged Knights: Penetration
In topic **Q&A + Off-Topic**                                                    Mar 4 @ 2:29pm

, 30 years later, but I suppose that's what happens when you do the usual copy/paste asset flip job.

Let's get him on the horn, Jim F&cking Sterling Son, we got one.

Krog Wars
In topic **Q&A + Off-Topic**                                                    Mar 3 @ 4:05pm

make. Oh, and yes, I could make a game better than you and it would STILL wouldn't be good enough for Steam.

Guess we need to get Jim F@cking Sterling Son on the horn, have him come down here to "stifle

ATTACHMENT 10



to be a better version... got screwed over.

Well, anyways... thank you for replying.

*Last edited by [Fever] Doc Holiday; Jan 26, 2015 @ 12:21am — See post history*                    #4

**juliuszhorst** ▾  Jan 26, 2015 @ 1:45am

> *Originally posted by [Fever] Doc Holiday:*
> banning contest

I don't know what happened behind the scenes with other competitors but I actually won a key in the 'bashing contest'.

*Last edited by juliuszhorst; Jan 26, 2015 @ 5:44am — See post history*                    #5

**Digital Homicide** ▾  [developer]  Jan 26, 2015 @ 2:52am

"taking down reviews, flagging videos and the banning contest don't look like someone just protecting their game."

You can't remove reviews that customer's post. if they have inappropriate material they can be

ATTACHMENT 11



ATTACHMENT 12





JDude330 #MakePokemonGreatAgain ▾ · Jan 2 @ 2:33pm

> *Originally posted by **SlothZilla**:*
> Haha Jefferson got banned

Ironically, he got banned for harrasment. I reported him for harrasing many members of the "Digital Homicides" group, including myself.

> *Originally posted by **Jefferson Knight**:*
> seriously? you find a tutorial on something and that's your proof that something else stole that tutorial because it's somehow implementing a similar game mechanic? there are tutorials on pretty much everything on the internet.
>
> you have no proof for any of your claims and considering the severity of your accusations I'd suggest you quickly remove them or present real proof. otherwise it's just harassment.

ATTACHMENT 14



Last edited by Karl Pilkington; Sep 23, 2015 @ 10:00pm — See post history                    #1

**Fat Vap** ▾   Sep 24, 2015 @ 6:27am

I'd believe it.

Seriously, if it is, they deserve any hate they get. 7 + games out in a ▼▼▼▼ing year, and all of them ▼▼▼▼▼▼ games that are all about quantity, not quality. Robert and his croniey don't want to make games, they want to make crap, they want to sucker people in with little effort and charge low so they can get a bunch of impulse buyers.

Worst part is they'll never admit it. I've thrown out my assumption that they wanted to be good game developers and am pretty sure they know the scam they're pulling and want to get as much money in as possible before word of mouth or Jim Sterling comes around. They don't want to make anything good, they just want to get as many sales as possible before people have a chance to refund it or Jim Sterling and his clone army comes after them.

And last time I brought something like this up in a DH forum, I got banned for it. So I expect to be banned again. Though given this game is old (for Digital Homicide), he probably doesn't care and will let the forum rot while works on his next flipped game from pirated assets and ▼▼▼▼ from the tutorial of different engines

[Yes Robby, I said that, I do not believe what you say anymore, paying 2000 dollars since your start for asset packs you bought.]

                                                                                            #2

**SloWolfe** ▾   Sep 24, 2015 @ 6:24am

Moderator Tools
🗑 Delete Thre
🔒 Lock Threa
📌 Pin Thread
➡ Move topic
➡ Merge this
➡ View topic

YOUR FORUM A

📄 Post History
Community Mo

ADMIN TOOLS

🗒 Add/Edit For
👤 Manage For
👥 Manage Gro



Can DH just lose their lawsuit and get countersued already, this is seriously pathetic; the sad part is that I don't know if DH or Valve is worse here...

Mike The Astronaut: ZENTARU ARMADA
In topic **A reminder**                                          Jun 12 @ 4:31pm

Dighom is creating ▼▼▼▼▼ game after ▼▼▼▼▼ game... though "created" can be streched, since they are just reusing assets for the same broken game skeleton.

Report them and continue to report them to valve. They get marked as "incompatable with steam greenlight". Conitnue to do so. Because....

It also seems like they're taking down games that have the flag and reuploading them, so just continue to report them.

And to James and Robert,
I feel sorry for both your familes. I feel sorry for your family name. This failure is the only thing you people will ever be remembered for.

:3

Team Fortress 2 General Discussions
In topic **Issue With Rocket Jumping: Game Keeps Minimizing**       May 29 @ 8:13pm

ATTACHMENT 17