James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JANE/JOHN DOE 1 - aka Steam User DemonSword, and<br><br>JANE/JOHN Doe 2 – aka Steam User Nathos<br><br>JANE/JOHN DOE 3 - aka Steam User Michoo Jones, and<br><br>JANE/JOHN DOE 4 - aka Steam User JDude330#HaeisBACK, and<br><br>JANE/JOHN DOE 5 - aka Steam User Toon Vlux, and<br><br>JANE/JOHN DOE 6 - aka Steam User brandino, and<br><br>JANE/JOHN DOE 7 - aka Steam User Gana, and<br><br>JANE/JOHN DOE 8 - aka Steam User Jon144, and | Case No.   CV-16-03092-PHX-ESW<br><br><br><br><br><br><br><br>**MOTION FOR LEAVE TO FILE COURT ORDER FOR EARLY DISCOVERY SUBPOENA DUCES TECUM ON STEAM/VALVE CORPORATION IN REGARDS TO ANONYMOUS DEFENDANTS** |

1

JANE/JOHN DOE 9 - aka Steam User HGI, and

JANE/JOHN DOE 10 - aka Steam User Karl Pilkington, and

JANE/JOHN DOE 11 - aka Steam User Drackmore, and

JANE/JOHN DOES 12 through 100

Defendants

TRIAL BY JURY: No

## MOTION FOR LEAVE TO FILE COURT ORDER FOR EARLY DISCOVERY SUBPOENA DUCES TECUM ON STEAM/VALVE CORPORATION IN REGARDS TO ANONYMOUS DEFENDANTS

The Plaintiff respectfully requests a Court Ordered foreign subpoena for onsite inspection of data. Per the Uniform Interstate Depositions and Discovery Act a subpoena has been created for the forum State of Arizona to be delivered as a foreign subpoena to The State of Washington Western District Court.

The Defendant party has been notified via a post in their group of pending litigation and efforts to use discovery to uncover their anonymity. The Plaintiff asserts that the complaint can survive any Defendants summary judgement and has a high percentage chance of achieving summary judgement in favor of The Plaintiff. Due to the particularly excessive attacks, damage, and harassment, The Plaintiff asserts that there is no defense available for maintaining anonymous status.

Clerk of The Court. If onsite request is not granted, please supply Order and subpoena pack 2.

The Defendant party has been notified via a post in their group of pending litigation and efforts to use discovery to uncover their anonymity. The Plaintiff asserts that the complaint can survive any Defendants summary judgement and has a high percentage chance of achieving summary judgement in favor of The Plaintiff. Due to the particularly excessive attacks, damage, and harassment, The Plaintiff asserts that there is no defense available for maintaining anonymous status.

RESPECTFULLY SUBMITTED this September 9 2016

By: _____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

3

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Arizona

| | |
|---|---|
| James Oliver Romine Jr. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| JANE/JOHN DOE 1 THROUGH 100 | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                 STEAM SOFTWARE / VALVE CORPORATION

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Instruction list. Provide a hard copy mailed to the land address provided and/or digital copy via .zip or .rar file to jromine2445@gmail.com by 10/12/2016 12:00am.

| Place: James Oliver Romine Jr. | Date and Time: |
|---|---|
|       12494 Ironwood Dr. Yuma AZ. <br>       jromine2445@gmail.com,9282761844 | 10/12/2016 12:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

                               OR

_____        _____
     *Signature of Clerk or Deputy Clerk*                            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   James O Romine jr 12494 Ironwood Dr. Yuma AZ. jromine2445@gmail.com,9282761844     , who issues or requests this subpoena, are:

James O Romine jr Pro Se, 12494 Ironwood Dr. Yuma AZ. jromine2445@gmail.com,9282761844

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

      I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

      ❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

      ❐ I returned the subpoena unexecuted because: _____

_____ .

      Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

      I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## INSTRUCTIONS

A Valve employees' assistance is necessary for accessing data on the Steam system. Approximately five hours of time is necessary for fulfillment of subpoena requests.

### Request reasoning and purpose:

This subpoena request is to gather information regarding how many competitors overall and directly within the group at https://steamcommunity.com/groups/digitalhomicides Digital Homicides Trashware group (The Defendants) have been involved in interference with business, harassment, and stalking of The Plaintiff's and The Plaintiff's submissions. This search must include any deleted information that is available for the past 12 months.

Subpoena instructions:

Item 1: For the following three greenlight submissions create a listing of all accounts with IP address that voted no on the game. Show IP, computer name, and account name:

http://steamcommunity.com/sharedfiles/filedetails/?id=725416648

http://steamcommunity.com/sharedfiles/filedetails/?id=736213087

http://steamcommunity.com/sharedfiles/filedetails/?id=742216963

Item 2: For each IP Address in Item 1 create a listing showing all accounts that have logged in with that computer name, account name, and IP address.

Item 3: For all accounts in Item 2 create a listing of all accounts with Developer (published games) or permission access to any partner account or Greenlight enabled accounts.

Item 4: For all accounts in Item 2, cross reference these IP's with all developer accounts on Steam and list these accounts, IP Addresses, and computer name logged in from.

Item 5: Create a list all partner accounts associated or with permission access to accounts in Items 4 and 5.

Item 6: List all reports on these 3 titles, include text of report, user reporting, ip address of reporter, the account that looked at the report, and any action taken.

**Request reasoning and purpose:**

This request is to gather information regarding how many competitors and harassers have left bad reviews on The Plaintiff's products. This is for proof of interference with business of The Plaintiff. This search should include any deleted information that is available for the past 12 months.

Item 1: Create a listing of all account names and IP addresses of reviews of all games listed under the publisher Digital Homicide LLC.

Item 2: Create a listing of all account names that have been used at all IP addresses that accounts in Item 1 have logged in from.

Item 3: Create a listing of all accounts and IP addresses from http://steamcommunity.com/groups/digitalhomicides#members

Item 4: Create a listing of all accounts and the computer name that these accounts have logged in from the IP addresses in Item 3.

Item 5: Create a listing of all accounts, computer names, and IP Addresses of any Developer or Greenlight account that has logged in from IP Addresses listed in Item 4.

**Request reasoning and purpose:**

This request is to gather information of individuals who have been specifically named as Jane/John Doe's in the associated causes of action. Ensure to include any previous records for the past 12 months.

Item 1: Create a listing of all IP addresses of all Steam accounts listed below. Include any IP Address logged into and computer name.

http://steamcommunity.com/id/demonswordgames

http://steamcommunity.com/id/nath1

http://steamcommunity.com/profiles/76561198034665115

http://steamcommunity.com/id/JDude330

http://steamcommunity.com/id/Dwarf_Ninjas

http://steamcommunity.com/profiles/76561198061553886

http://steamcommunity.com/profiles/76561198001362759

2

http://steamcommunity.com/profiles/76561198056184566

http://steamcommunity.com/id/hgi_is_a_horrible_person

http://steamcommunity.com/id/Zootch

http://steamcommunity.com/id/Lindion45

Item 2: Create a listing of all accounts and computer names that have logged in from the IP Addresses in Item 1.

Item 3: Create a listing of all contact information for all users listed in Item 1. Include Name, Address, City, State or Province, Country, Zip Code, email, and phone number if available.


**Request reasoning and purpose:**

This request is to gather all reports filed against The Plaintiff.

Item 1: Create a listing of all reports filed against accounts
http://steamcommunity.com/profiles/76561198232566212/ and
http://steamcommunity.com/profiles/76561198140609871

Item 2: List all Text, the reporting user, any resulting action, the account/moderator that investigated the report, and any other available information.


**Request reasoning and purpose:**

This request is to gather all reports The Plaintiff filed on harassers.

Item 1: Create a listing of all reports filed from accounts

http://steamcommunity.com/profiles/76561198232566212/ and
http://steamcommunity.com/profiles/76561198140609871

Item 2: List all text, the reporting user, any resulting action, the account/moderator that investigated the report, and any other available information.


**Request reasoning and purpose:**

This request is to gather all email, reports, and complaints in regards to Digital Homicide LLC and The Plaintiff for determination of depth of contact and effect of user contact in regards to interference with business.

3

Item 1: Provide all emails received in regards to The Plaintiff as customer, competitor, or non-customer contact.

Request made by The Plaintiff

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

Request Completed by Valve Employee or

Representative:

NAME:

ADDRESS:

CITY, STATE, ZIP:

EMAIL:

PHONE CONTACT:

4