UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

```
   ✓ FILED        ___ LODGED
___ RECEIVED     ___ COPY

       SEP 1 5 2016

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY   VGM         E  DEPUTY
```

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** James Oliver Romine, Pro Se

County of Residence: Yuma

County Where Claim For Relief Arose: Yuma

**Defendant(s):** Jane/John Doe 1 through 100, Anonymous

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:         1. U.S. Government Plaintiff

<u>III. Citizenship of Principal Parties</u> (Diversity Cases Only)

    Plaintiff:- 1 Citizen of This State
    Defendant:- 2 Citizen of Another State

<u>IV. Origin</u>:                1. Original Proceeding

<u>V. Nature of Suit</u>:         320 Assault, Libel & Slander

<u>VI. Cause of Action:</u>       28 U.S.C. § 1391 and 1332 Diversity, criminal harassment, criminal damage, stalking, defamation.

<u>VII. Requested in Complaint</u>
    Class Action: **No**
    Dollar Demand: **17967500**
    Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>james o romine jr pro se</u>

    Date: <u>09-14-2016</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

# PRIORITY MAIL EXPRESS

FROM: (PLEASE PRINT) PHONE ( 928 ) 276-1844
James O. Fleming Jr.
12794 Ironwood Dr.
Yuma AZ 85367

RECEIVED
SEP 15 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT

TO: (PLEASE PRINT) PHONE ( 602 ) 322-7200
U.S. District Court Arizona Phx Div
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street Spc1
Phoenix AZ
85003-2118

PO ZIP Code: 83637
Scheduled Delivery Date: 09/15/
Postage: $22.95
Date Accepted: 09/14/16
Time Accepted: 3:08 PM
Scheduled Delivery Time: 3:00 PM
Weight: lb 2.0 ozs
Total Postage & Fees: $22.95

EL 420800213 US

AMOUNT $22.95