IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine, Jr.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　　Defendants. | No. CV-16-03092-PHX-ESW<br><br>**ORDER** |

The Court has considered Plaintiff's "Motion for Extension of Time or Dismissal without Prejudice" (Doc. 7). The Court will grant the request to dismiss this case without prejudice pursuant to Rule 41(a)(1), Fed. R. Civ. P. Plaintiff's request for a refund of his filing fee will be denied.

**IT IS ORDERED** granting in part Plaintiff's "Motion for Extension of Time or Dismissal without Prejudice" (Doc. 7) as set forth above.

**IT IS FURTHER ORDERED** dismissing Plaintiff's Complaint (Doc. 1) without prejudice.

**IT IS FURTHER ORDERED** vacating the Order to Show Cause hearing set for October 17, 2016.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion for Leave to File Court Order for Early Discovery Subpoena Duces Tecum on Steam/Valve Corporation in Regards to Anonymous Defendants" (Doc. 2) is deemed moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate the case.

**DATED** this 30th day of September, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge