James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JANE/JOHN DOE 1 - aka Steam User DemonSword, | Case No.: **2:16-cv-03092-ESW**<br><br>**MOTION FOR LEAVE TO FILE MAGISTRATE FORM WITH EXCEPTION**<br><br>TRIAL BY JURY: No |

## MOTION FOR LEAVE TO FILE MAGISTRATE FORM WITH EXCEPTION

The Plaintiff respectfully files this Motion for Leave to File Magistrate Form with Exception. Attached is the completed Magistrate Form top section only, The Plaintiff could not sign the Certification of Service since The Plaintiff has no Defendant information to send these forms to and believed signing it would be perjury. The Plaintiff cannot serve The Defendants via mail or in person without an address.

1

The Plaintiff investigated Washington State and California State Magistrate forms and noted that this section of certification does not exist on those Ninth Circuit forms. This may be due to situations relating to John Doe cases as no address is available to serve and discovery completion within the 14-day time limit would be difficult to accomplish.

On September 9th 2016, The Plaintiff mailed out the original complaint. On September 13th 2016 The Plaintiff contacted the Clerk of The Court to determine the status of the filing at 4:09pm. The Plaintiff was notified the paper work would be filed September 14th 2016 and back dated to the 12th. The Plaintiff received the Magistrate Form on approximately September 16th 2016. The Plaintiff then noticed that the bottom of the form stated that The Plaintiff must certify that a true copy of the Magistrate Consent form was served by mail or hand delivery to all parties of record in this case. The Plaintiff does not know where any of the Defendants in this case are and was unable to comply with the consent section for Certificate of Service.

That same day, September 16th 2016, The Plaintiffs business was destroyed in its entirety due to filing of the case itself. This financially disabled The Plaintiff, stopping any ability to pursue this case due to lack of funds that would be required for subpoena/summons of from eleven to one hundred parties. Even in forma pauperis is not an option due to time required to pursue the case. The Plaintiff asserts that there is still cause of action just that there is no way to financially pursue.

The Plaintiff believed that there was a 14-day period to file the form including a 3-day window for mail as per other court filings and apologizes if this is not the case. Even with the backdate to the filing this would have landed on the 26th of September 2016 and allowed for the form to arrive by the 29th. The Plaintiff expedited the mail to ensure The Court received it before the three-day period but it did not file until the 28th. The Plaintiff mailed a dismissal request the 26th of September 2016 that arrived on the 27th and believed the form would no longer be required.

The Plaintiff cancels the prior request for a 90-day extension and would prefer the case is dismissed without prejudice with or without refund.

The Plaintiff would be honored to discuss the lack of enforcement of ARS 13-02921 by law enforcement which is contrary to the statutes definition in relation to the events described within the case. If a hearing or phone conversation can be set up prior to dismissal of this case for such a discussion, The Plaintiff would humbly appreciate discussion of this issue with the Judge Eileen S. Willet. The Plaintiff would have no expectations of refund for taking up Judge Eileen S. Willet's time for clarification on the subject.

The Plaintiff apologizes for any apparent waste of court time. Had there been any indication The Plaintiff would be destroyed by this cases filing, it would never have been filed. The Plaintiff fully intended to press charges to the full extent of the law upon all John Does involved.

RESPECTFULLY SUBMITTED this September 30 2016

By: _____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

No Certificate of Service Available
No Identified John Doe Defendants